1
2
3
4
5
6
7
# UNITED STATES DISTRICT COURT
8
## DISTRICT OF NEVADA
9
10  UNITED STATES OF AMERICA,
11          Plaintiff,                              Case No. 2:00-cr-00155-LDG
12  v.                                              **ORDER**
13  NELSON ABVEUS DIAZ,
14          Defendant.
15
16          For good cause shown,
17          THE COURT **ORDERS** that Defendant's Motion to Quash (ECF No. 25) is DENIED.
18
19
20  DATED this ___10___ day of October, 2017.
21
22                                                  _____
                                                    Lloyd D. George
23                                                  United States District Judge
24
25
26